**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JAMES CRUZ,

                        Petitioner,

        -against-                                  18 **CIVIL** 10713 (AT)(SN)

                                                      **JUDGMENT**

RAY COVENY, Superintendent of the Elmira
Correctional Facility,

                        Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated February 6, 2023, the Court has OVERRULED Petitioner's objection to the R&R; ADOPTED the R&R's conclusions as to the petition; and DENIED the petition. The Court has REJECTED the R&R's recommendation that the Court certify that "any appeal from the order would not be taken in good faith" pursuant to 28 U.S.C. § 1915(a)(3); accordingly, the case is closed.

**Dated:**  New York, New York

       February 6, 2023

                                         **RUBY J. KRAJICK**

                                 _____
                                      **Clerk of Court**

       **BY:**        K. mango

                                      _____
                                      **Deputy Clerk**