```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES CRUZ,

        Petitioner,

-against-

RAY COVENY, Superintendent of the Elmira Correctional Facility,

        Respondent.

18 Civ. 10713 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Petitioner's request for a certificate of appealability, ECF No. 50, is DENIED. *See* ECF Nos. 40, 48.

    SO ORDERED.

Dated: March 6, 2023
       New York, New York

*[signature]*
ANALISA TORRES
United States District Judge